IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FRANCISCO JAVIER ESTRADA,

    Petitioner,

v.

CAROL HOLINKA, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-465-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing Francisco Javier Estrada's petition for writ of habeas corpus filed under 28 U.S.C. § 2241 with prejudice for petitioner's failure to show that he is in custody in violation of the Constitution or laws of the United States.

_____       9/29/2010
Peter Oppeneer, Clerk of Court                         Date